UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
 §
BRIGGS, WILLIAM ALBERT § Case No. 11-37345
BRIGGS, CHARLENE ALLISON §
 §
 Debtor(s) §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter        of the United States Bankruptcy Code was filed on
   .   The undersigned trustee was appointed on                .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $

   Funds were disbursed in the following amounts:

   Payments made under an interim disbursement
   Administrative expenses
   Bank service fees
   Other payments to creditors
   Non-estate funds paid to 3rd Parties
   Exemptions paid to the debtor
   Other payments to the debtor

   Leaving a balance on hand of[1]                    $

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

     5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

     6.  The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

     7.  The Trustee's proposed distribution is attached as **Exhibit D**.

     8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $_____.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

     The trustee has received $_____ as interim compensation and now requests a sum of $_____, for a total compensation of $_____ [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $_____, and now requests reimbursement for expenses of $_____, for total expenses of $_____ [2].

     Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____    By:/s/N. Neville Reid_____
                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 11-37345 | ERW | Judge: EUGENE R. WEDOFF | Trustee Name: | N. Neville Reid |
|---|---|---|---|---|---|
| Case Name: | BRIGGS, WILLIAM ALBERT | | | Date Filed (f) or Converted (c): | 09/14/11 (f) |
| | BRIGGS, CHARLENE ALLISON | | | 341(a) Meeting Date: | 10/12/11 |
| For Period Ending: | 10/02/12 | | | Claims Bar Date: | 05/31/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residential rental property Location: 1500 S. 9th | 73,400.00 | 0.00 | | 0.00 | FA |
| 2. Financial Accounts | 6,000.00 | 0.00 | | 0.00 | FA |
|    Checking Account: PNC Bank | | | | | |
| 3. Household Goods | 1,200.00 | 0.00 | | 0.00 | FA |
|    Misc. Household Furniture | | | | | |
| 4. Household Goods | 510.00 | 0.00 | | 0.00 | FA |
|    Misc. Household Appliances | | | | | |
| 5. Household Goods | 260.00 | 0.00 | | 0.00 | FA |
|    Misc. Household Goods | | | | | |
| 6. Household Goods | 145.00 | 0.00 | | 0.00 | FA |
|    Misc. Audio-Video items | | | | | |
| 7. Household Goods | 250.00 | 0.00 | | 0.00 | FA |
|    Computer and Misc. Office Items | | | | | |
| 8. Books / Collectibles | 940.00 | 0.00 | | 0.00 | FA |
|    Misc. Decorations and Collectibles | | | | | |
| 9. Books / Collectibles | 45.00 | 0.00 | | 0.00 | FA |
|    Misc. Books & Music | | | | | |
| 10. Wearing Apparel | 600.00 | 0.00 | | 0.00 | FA |
|    Misc. Wearing Apparel | | | | | |
| 11. Pension / Profit Sharing | 9,000.00 | 0.00 | | 0.00 | FA |
|    IRA (Charles Schwab (Chicago, IL)) | | | | | |
| 12. Pension / Profit Sharing | 1,000.00 | 0.00 | | 0.00 | FA |
|    Financial Account: IRMCO 401K Location: IRMCO, Evanston, IL | | | | | |
| 13. Stock | 15,300.00 | 0.00 | | 13,300.00 | FA |
|    Financial Account: T Rowe Price Mutual Funds (Baltimore, MD) | | | | | |
| 14. Contingent Claims | 4,000.00 | 0.00 | | 0.00 | FA |

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No: | 11-37345 | ERW | Judge: EUGENE R. WEDOFF | Trustee Name: | N. Neville Reid |
|---|---|---|---|---|---|
| Case Name: | BRIGGS, WILLIAM ALBERT | | | Date Filed (f) or Converted (c): | 09/14/11 (f) |
| | BRIGGS, CHARLENE ALLISON | | | 341(a) Meeting Date: | 10/12/11 |
| | | | | Claims Bar Date: | 05/31/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Tax Refund Est. INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.27 | Unknown |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $112,650.00 | $0.00 | | $13,300.27 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

8-13-12 - Sent TFR to Tom Thornton

8-2-12 Springer to do a Fee Application.

6-29-12 Springer - Are we ready to do TFR?

May 15, 2012 : Springer - This is up tomorrow on our motion for turnover.  I just spoke with Debtor's attorney and we
confirmed the numbers and that funds still there.  There was $15,300 funds on deposit when case was filed.  Debtors
claimed valid $2k wildcard exemption toward funds.  Accordingly, Debtor counsel instructed and has CONFIRMED that debtor
is cutting check for remainder $13,300 payable to you as trustee.  Notwithstanding I will ask the court to enter the
order tomorrow so we have it.

March 7, 2012:  Springer investigating.
Checking account $10,000 at PNC Bank
Mutual account $17,000 in Baltimore at TRowe Price
Continued to Dec 14th at noon re documents for accounts

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| | | | |
|---|---|---|---|
| Case No: | 11-37345 ERW Judge: EUGENE R. WEDOFF | Trustee Name: | N. Neville Reid |
| Case Name: | BRIGGS, WILLIAM ALBERT | Date Filed (f) or Converted (c): | 09/14/11 (f) |
| | BRIGGS, CHARLENE ALLISON | 341(a) Meeting Date: | 10/12/11 |
| | | Claims Bar Date: | 05/31/12 |

Januarry 17 continued: source of the $10k was wife's savings account; $15,000 is current balance in the Baltimore account; source of that money is savings; has been there 25 years; money saved over the years; was there ever since we got married;

Debtor counsel, Lawrence Lobb, ph 630 631 7602, lwl@lobblegalgroup.com, will make a propossal for buy back of the cash deposits; by January 24 will get proposal;

Initial Projected Date of Final Report (TFR): 12/30/14    Current Projected Date of Final Report (TFR): 12/31/14

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| | |
|---|---|
| Case No: | 11-37345 -ERW |
| Case Name: | BRIGGS, WILLIAM ALBERT |
| | BRIGGS, CHARLENE ALLISON |
| Taxpayer ID No: | *******3593 |
| For Period Ending: | 10/02/12 |

| | |
|---|---|
| Trustee Name: | N. Neville Reid |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******3513 Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 13,300.27 | | 13,300.27 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 13,300.27 | 0.00 | 13,300.27 |
| Less: Bank Transfers/CD's | 13,300.27 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

Page Subtotals  13,300.27  0.00

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 2

Exhibit B

| Case No: | 11-37345 -ERW | | Trustee Name: | N. Neville Reid |
|---|---|---|---|---|
| Case Name: | BRIGGS, WILLIAM ALBERT | | Bank Name: | BANK OF AMERICA, N.A. |
| | BRIGGS, CHARLENE ALLISON | | Account Number / CD #: | *******3651 Money Market Account (Interest Earn |
| Taxpayer ID No: | *******3593 | | | |
| For Period Ending: | 10/02/12 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/12/12 | 13 | William A. Briggs<br>Charlene Allison Briggs<br>112 Washington Place<br>Pittsburgh, PA 15219 | Turnover of estate assets<br>Turnover of estate's interest in T. Rowe Price bank account. | 1121-000 | 13,300.00 | | 13,300.00 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 13,300.04 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.12 | | 13,300.16 |
| 08/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.11 | | 13,300.27 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 13,300.27 | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 13,300.27 | 13,300.27 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 13,300.27 | |
| Subtotal | 13,300.27 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 13,300.27 | 0.00 | |

Page Subtotals        13,300.27        13,300.27

UST Form 101-7-TFR (5/1/2011) (Page: 7)

Ver: 17.00a

LFORM24

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3
Exhibit B

| Case No: | 11-37345 -ERW | Trustee Name: | N. Neville Reid |
|---|---|---|---|
| Case Name: | BRIGGS, WILLIAM ALBERT | Bank Name: | BANK OF AMERICA, N.A. |
| | BRIGGS, CHARLENE ALLISON | Account Number / CD #: | *******3693 BofA - Checking Account |
| Taxpayer ID No: | *******3593 | | |
| For Period Ending: | 10/02/12 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********3513 | 0.00 | 0.00 | 13,300.27 |
| Money Market Account (Interest Earn - ********3651 | 13,300.27 | 0.00 | 0.00 |
| BofA - Checking Account - ********3693 | 0.00 | 0.00 | 0.00 |
| | 13,300.27 | 0.00 | 13,300.27 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 0.00 0.00

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

Ver: 17.00a

LFORM24

| Page 1 | | EXHIBIT C<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: October 02, 2012 |
|---|---|---|---|---|---|---|

Case Number: 11-37345  
Debtor Name: BRIGGS, WILLIAM ALBERT

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 12<br>001<br>3110-00 | Thomas E. Springer<br>Springer, Brown, Covey, Gaertner & Davis<br>Wheaton Executive Center<br>400 S. County FFarm Road, Suite 330<br>Wheaton, IL  60187 | Administrative | | $4,454.50 | $0.00 | $4,454.50 |
| 000001<br>070<br>7100-00 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Unsecured | | $7,505.99 | $0.00 | $7,505.99 |
| 000002<br>070<br>7100-00 | Citibank, N.A.<br>c/o American InfoSource LP<br>PO Box 248840<br>Oklahoma City, OK 73124-8840 | Unsecured | | $10,306.28 | $0.00 | $10,306.28 |
| 000003<br>070<br>7100-00 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $5,900.69 | $0.00 | $5,900.69 |
| 000004<br>070<br>7100-00 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $7,109.51 | $0.00 | $7,109.51 |
| 000005<br>070<br>7100-00 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Unsecured | | $11,238.56 | $0.00 | $11,238.56 |
| 000006<br>070<br>7100-00 | FIA Card Services, N.A.<br>Bank of America, N.A. (USA)<br>MBNA America Bank, N.A.<br>P.O. Box 15102<br>Wilmington, DE 19886-5102 | Unsecured | | $6,750.08 | $0.00 | $6,750.08 |
| 000007<br>070<br>7100-00 | FIA Card Services, N.A.<br>Bank of America, N.A. (USA)<br>MBNA America Bank, N.A.<br>P.O. Box 15102<br>Wilmington, DE 19886-5102 | Unsecured | | $6,372.58 | $0.00 | $6,372.58 |
| 000008<br>070<br>7100-00 | FIA Card Services, N.A.<br>Bank of America, N.A. (USA)<br>MBNA America Bank, N.A.<br>P.O. Box 15102<br>Wilmington, DE 19886-5102 | Unsecured | (8-1) Modified to correct creditor's name. (Modified on 3/28/12) | $578.83 | $0.00 | $578.83 |
| 000009<br>070<br>7100-00 | US BANK N.A.<br>BANKRUPTCY DEPARTMENT<br>P.O. BOX 5229<br>CINCINNATI, OH 45201-5229 | Unsecured | (9-1) 5037 | $5,779.18 | $0.00 | $5,779.18 |

| | | EXHIBIT C | | | |
|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | Date: October 02, 2012 |

Case Number:  11-37345  
Debtor Name:  BRIGGS, WILLIAM ALBERT  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000010 070 7100-00 | American Express Centurion Bank c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Unsecured | (10-1) CREDIT CARD DEBT | $806.66 | $0.00 | $806.66 |
| 000011 070 7100-00 | American Express Centurion Bank c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Unsecured | (11-1) CREDIT CARD DEBT | $72.30 | $0.00 | $72.30 |
| | Case Totals: | | | $66,875.16 | $0.00 | $66,875.16 |

Code #:  Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 11-37345  
Case Name: BRIGGS, WILLIAM ALBERT  
          BRIGGS, CHARLENE ALLISON  
Trustee Name: N. Neville Reid  

Balance on hand                                                          $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: N. Neville Reid | $ | $ | $ |
| Attorney for Trustee Fees: Thomas E. Springer | $ | $ | $ |

Total to be paid for chapter 7 administrative expenses       $_____  
Remaining Balance                                            $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $       must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

UST Form 101-7-TFR (5/1/2011) *(Page: 11)*

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro* *rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be       percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ | $ | $ |
| 000002 | Citibank, N.A. | $ | $ | $ |
| 000003 | Capital One Bank (USA), N.A. | $ | $ | $ |
| 000004 | Capital One Bank (USA), N.A. | $ | $ | $ |
| 000005 | Capital One Bank (USA), N.A. | $ | $ | $ |
| 000006 | FIA Card Services, N.A. | $ | $ | $ |
| 000007 | FIA Card Services, N.A. | $ | $ | $ |
| 000008 | FIA Card Services, N.A. | $ | $ | $ |
| 000009 | US BANK N.A. | $ | $ | $ |
| 000010 | American Express Centurion Bank | $ | $ | $ |
| 000011 | American Express Centurion Bank | $ | $ | $ |

Total to be paid to timely general unsecured creditors    $_____

Remaining Balance                                        $_____

Tardily filed claims of general (unsecured) creditors totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $      have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| BRIGGS, WILLIAM ALBERT | ) | Case No. 11-37345-ERW |
| BRIGGS, CHARLENE ALLISON | ) | |
| | ) | Hon. EUGENE R. WEDOFF |

### TRUSTEE'S APPLICATION FOR COMPENSATION AND EXPENSES

TO:   THE HONORABLE EUGENE R. WEDOFF

NOW COMES N. Neville Reid, Trustee herein, pursuant to 11 U.S.C. §330, and requests $2,080.03 as compensation and $0.00 for reimbursement of expenses, $0.00 amount of which has previously been paid.

I. COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $13,300.27. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of the First $5,000.00 | $1,250.00 | ($1,250.00 max.) |
| 10% of next $45,000.00 | $830.03 | ($4,500.00 max.) |
| 05% of next $950,000.00 | $0.00 | ($47,500.00 max.) |
| 03% of balance | $0.00 | |
| | | |
| TOTAL COMPENSATION | $2,080.03 | |

**EXHIBIT E**

## II. TRUSTEE'S EXPENSES

TOTAL EXPENSES                                $0.00


The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.


Executed this 2nd day of October, 2012.


/s/ N. Neville Reid
SIGNATURE


200 W. MADISON, SUITE 3000
CHICAGO, IL  60606
ADDRESS

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| BRIGGS, WILLIAM ALBERT | ) | Case No. 11-37345-ERW |
| BRIGGS, CHARLENE ALLISON | ) | |
| Debtor(s). | ) | Hon. EUGENE R. WEDOFF |

**Order Awarding Compensation And Expenses**

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's compensation and expenses are allowed as follows;

| | | |
|---|---|---|
| 1. | Trustee's compensation | $2,080.03 |
| 2. | Trustee's expenses | $0.00 |
| | TOTAL | $2,080.03 |

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _____ day of _____

ENTERED: _____
UNITED STATES BANKRUPTCY JUDGE