## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| WILLIAM ALBERT BRIGGS AND | ) | Case No. 11-37345 |
| CHARLENE ALLISON BRIGGS, | ) | |
| | ) | Judge Eugene R. Wedoff |
| | ) | |
| Debtors. | ) | Hearing Date: |
| | ) | Hearing Time: |

### FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES AS GENERAL COUNSEL TO THE TRUSTEE

### Cover Sheet for Application for Professional Compensation

Name of Applicant(s):     Thomas E. Springer, Esq. and the law firm of Springer, Brown, Covey, Gaertner & Davis, LLC

Authorized to Provide Professional Services to:     N. Neville Reid, Trustee of the Estate of William and Charlene Briggs, Chapter 7 Bankruptcy No. 11-37345

Date of Order Authorizing Employment:     **March 20, 2012**

Period for which Compensation is Sought: **March 5, 2012 through July 1, 2012**

Amount of Fees Sought:                          **$4,454.50**

Amount of Expense Reimbursement Sought:     **$ 0.00**

This is an:     Interim Application ___          Final Application __X__

If this is not the first application filed herein by this professional, disclosure as to all prior fee applications:

| Date Filed | Period Covered | Total Requested | Total Allowed | Any Amount Withheld by Order |
|---|---|---|---|---|
| N/A | N/A | N/A | N/A | N/A |

The amount of fees and expenses paid to the Applicant to date for Service rendered and expenses incurred herein is:$____-0-_____ .

In re: William and Charlene Briggs
Chapter 7 no. 11-37345
Cover Sheet for Application for Professional Compensation by Trustee's General Counsel
(PAGE TWO of TWO)

Professionals retained and represented as follows in this Application for Allowance of Compensation and Reimbursement of Expenses as Counsel to the Trustee:

| Name of Professional | Hourly Rates | Hours of Service | Value of Service |
|---|---|---|---|
| Thomas E. Springer, Attorney | $350.00 | 11.8 | $ 4,130.00 |
| Joshua D. Greene, Attorney | $295.00 | 1.1 | $ 324.50 |
| TOTALS | | 12.9 | $ 4,454.50 |

A Summary and Total of Fee Application Categories is Attached hereto.

DATE: July 1, 2012            Respectfully Submitted,
                              APPLICANT for
                              N. Neville Reid, Trustee

                              BY: Springer, Brown, Covey, Gaertner & Davis, LLC


                              By:    /s/ Thomas E. Springer
                                     Thomas E. Springer
                                     One of His Attorneys

Thomas E. Springer
Springer, Brown, Covey, Gaertner & Davis, LLC
Wheaton Executive Center
400 S. County Farm Road, Suite 330
Wheaton, IL 60187
(630) 510-0000
tspringer@springerbrown.com

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| WILLIAM ALBERT BRIGGS AND | ) | Case No. 11-37345 |
| CHARLENE ALLISON BRIGGS, | ) | |
| | ) | Judge Eugene R. Wedoff |
| | ) | |
| Debtors. | ) | Hearing Date: |
| | ) | Hearing Time: |

### FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION AND FOR REIMBURSEMENT OF EXPENSES AS GENERAL COUNSEL TO THE TRUSTEE

**NOW COMES** Thomas E. Springer, Esq. and the law firm of Springer, Brown, Covey, Gaertner & Davis, LLC (herein "Applicant"), as duly authorized counsel to the Trustee, N. Neville Reid, (herein the "Trustee") and respectfully requests the entry of an Order for the allowance and payment of compensation and reimbursement of expenses for services rendered and expenses incurred as counsel to the Trustee pursuant to §330 of the United States Bankruptcy Code and applicable Federal Rules of Bankruptcy Procedure, and in support hereof, states to the Court as follows:

### I. INTRODUCTION

This Application encompasses the time period from March 5, 2012 through preparation of Applicant's current Final Fee Application, July 1, 2012. The Application represents 12.9 hours of legal services provided to the Trustee. Applicant has neither previously requested nor obtained approval for payment of interim compensation or reimbursement of expenses. This Application seeks approval of legal fees in the amount of $4,454.50 and $0.00 for actual and necessary unreimbursed expenses.

The Debtors initiated this bankruptcy proceeding with the filing of a voluntary Petition under Chapter 7 of the United States Bankruptcy Code on September 14, 2011 and N. Neville Reid was appointed as the Chapter 7 Trustee herein. On March 20, 2012, this Court entered an Order authorizing the Trustee to retain Applicant as legal counsel. The hourly rates of Applicant

is competitive with the rates charged in this market by professionals with similar skills and experience, as disclosed and summarized in the Cover Sheet to this Application for Compensation and Reimbursement of Expenses.

## II. CASE STATUS and NARRATIVE OF LEGAL SERVICES

The Debtors filed their Chapter 7 proceeding on September 14, 2011. The Debtors' Schedule "B" listed a Financial Account: T. Rowe Price Mutual Funds (hereinafter "Mutual Funds") with a value of $15,300.00 and additionally listed an estimated tax refund of $4,000.00. The Trustee requested the Debtors to produce additional documentation regarding the Mutual Funds as well as further information regarding the anticipated tax refund. Trustee contacted Applicant to further investigate/pursue turnover of the above assets after Debtors' attorney requested that the Debtors' be allowed to retain the Mutual Funds for future living expenses because they are retired.

On March 29, 2012, Applicant sent Debtors' attorney a letter requesting the current balance and an accounting regarding the Mutual Funds as well as a status of the tax refund. On April 10, 2012, Applicant telephoned Debtors' attorney to follow-up on the request. On April 27, 2012, Applicant received the requested accounting on the Mutual Funds but failed to receive turnover of the actual monetary amount. On April 27, 2012, Applicant filed a Motion for Turnover and on May 16, 2012, the Turnover Order was entered. After the Turnover was entered, Applicant sent four e-mails regarding the status of the turnover. Finally, on June 5, 2012, Applicant received the Turnover Funds.

Applicant herein provided and maintained the normal and ordinary legal services to the Trustee in monitoring and overseeing liquidation and administration of the assets and coordinating efforts of the administration with the Trustee in the related Estate.

Itemized time entries for all Applicant's services to this Bankruptcy Estate are attached hereto as Exhibit "A".

**WHEREFORE,** Applicant, Thomas E. Springer respectfully requests that Trustee's Attorneys' fees in the amount of $4,454.50 and expenses in the amount of $0.00 be approved as reasonable and appropriate and that payment be authorized upon entry of the Order approving such payment as set forth herein for any such other and further relief as this Court deems just and equitable.

DATE: July 1, 2012

Respectfully Submitted,
APPLICANT for
N. Neville Reid, Trustee

BY: Springer, Brown, Covey, Gaertner & Davis, LLC

By:   /s/ Thomas E. Springer
       Thomas E. Springer
       One of His Attorneys

Thomas E. Springer
Springer, Brown, Covey, Gaertner & Davis, LLC
Wheaton Executive Center
400 S. County Farm Road, Suite 330
Wheaton, IL 60187
(630) 510-0000
tspringer@springerbrown.com

| ATTORNEY TIME ||||||
| BRIGGS, WILLIAM and CHARLENE ||||||
| DATE | DESCRIPTION | HOURS | AMOUNT | ATTORNEY |
| --- | --- | --- | --- | --- |
| 03/05/12 | E-mail correspondence to and from Trustee regarding case status and likely asset subject to turnover and administration. Confirmation of case status and review of docket, petition and schedules. | 1.0 | $350.00 | TES |
| 03/05/12 | Review of status of claimed exemption and turnover status. Correspondence with Trustee regarding status and Motion for Employment. | 0.5 | $175.00 | TES |
| 03/07/12 | Preparation filing and service of motion to employ counsel to the Trustee. | 1.0 | $350.00 | TES |
| 03/20/12 | Court Appearance Motion to Employ (was granted without hearing, but was not posted on court's website) | 0.5 | $147.50 | JDG |
| 03/21/12 | Review of claimed exemptions and schedules as applicable to turnover of Estate property. Recommendation of review and analysis to Trustee. | 1.0 | $350.00 | TES |
| 03/29/12 | Correspondence to debtor's counsel regarding status of turnover and amendment to Schedule B. | 0.4 | $140.00 | TES |
| 04/03/12 | Follow up correspondence regarding status to debtor's counsel. | 0.5 | $175.00 | TES |
| 04/09/12 | E-mail correspondence to Trustee regarding status, employer id number and non exempt property turnover status. | 0.3 | $105.00 | TES |
| 04/10/12 | Telephone call with debtor's counsel regarding balance and accounting of subject financial account with Estate property and status of turnover of same. | 0.5 | $175.00 | TES |
| 04/15/12 | Email correspondence to Trustee regarding conversation with debtor's counsel and confirmation of turnover funds and claimed exemption regarding funds on deposit. | 0.3 | $105.00 | TES |
| 04/19/12 | Email correspondence to and from Trustee regarding status of turnover and deadline/instruction for turnover directed to Trustee. | 0.3 | $105.00 | TES |
| 04/23/12 | E-mail correspondence from debtor's counsel regarding non exempt turnover status and correct exemption amount. Impending motion for turnover to be set. | 0.2 | $70.00 | TES |
| 04/25/12 | Email correspondence and voice mail to debtor's counsel regarding status and turnover motions. | 0.3 | $105.00 | TES |
| 04/26/12 | Email correspondence to/from Trustee regarding status of turnover motion and attending claimed exemptions by debtor. | 0.3 | $105.00 | TES |
| 04/27/12 | Multiple e-mail correspondence to Trustee with recommendation for turnover motion, confirmation of same. | 0.5 | $175.00 | TES |

Exhibit A

| ATTORNEY TIME |
|---|---|---|---|---|
| BRIGGS, WILLIAM and CHARLENE |
| 04/27/12 | Receipt and review of account statement from debtor's counsel regarding subject account at T. Rowe Price. Review of same for status, amount verification with claimed exemption and turnover motion. | 0.5 | $175.00 | TES |
| 04/27/12 | Preparation filing and service of motion for turnover of estate property to Trustee | 1.0 | $350.00 | TES |
| 04/29/12 | E-mail correspondence to debtor's counsel regarding confirmation of receipt of account statement and status on turnover motion. | 0.1 | $35.00 | TES |
| 05/16/12 | Review Motion for Turnover and related documents | 0.1 | $29.50 | JDG |
| 05/16/12 | Court Appearance at hearing on Motion for Turnover | 0.5 | $147.50 | JDG |
| 05/22/12 | Email correspondence to debtor's counsel regarding status of turnover on funds pursuant to order entered. | 0.1 | $35.00 | TES |
| 05/23/12 | Three email correspondences to and from debtor's counsel regarding order directing turnover and status of funds on hand. | 0.5 | $175.00 | TES |
| 05/31/12 | Email correspondence to/from Trustee regarding confirmation of proceeds received by debtor's counsel and pending turnover to Trustee. | 0.3 | $105.00 | TES |
| 06/04/12 | Receipt and review of correspondence for turnover of proceeds from debtor's counsel. | 0.1 | $35.00 | TES |
| 06/04/12 | Verification of documentation supporting turnover of estate proceeds. Review of claims register for any potential for claims objection. | 0.5 | $175.00 | TES |
| 06/05/12 | Correspondence to Trustee including check representing turnover of estate proceeds. | 0.5 | $175.00 | TES |
| 06/05/12 | Email confirmation to Trustee regarding receipt of funds from debtor's counsel. | 0.1 | $35.00 | TES |
| 06/01/12 | Preparation of Application for Compensation by counsel to the Trustee | 1.0 | $350.00 | TES |
| | **TOTALS** | **12.9** | **$4,454.50** | |

Exhibit A

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| WILLIAM ALBERT BRIGGS AND | ) | Case No. 11-37345 |
| CHARLENE ALLISON BRIGGS, | ) | |
| | ) | Judge Eugene R. Wedoff |
| | ) | |
| Debtors. | ) | Hearing Date: |
| | ) | Hearing Time: |

### ORDER AWARDING ATTORNEYS' COMPENSATION AND EXPENSES

THIS MATTER BEING HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Attorneys' compensation and expenses are allowed as follows;

Attorney for the Trustee

| | | |
|---|---|---|
| a. | Compensation | $ 4,454.50 |
| b. | Expenses | $    0.00 |
| | TOTAL | $ 4,454.50 |

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this _____ day of _____

ENTERED: _____
United States Bankruptcy Judge