# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:                                  §
                                        §
BRIGGS, WILLIAM ALBERT                  §     Case No. 11-37345
BRIGGS, CHARLENE ALLISON                §
                                        §
                                        §
         Debtor(s)                      §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

     Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that N. Neville Reid, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

     The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

          Clerk for the U.S. Bankruptcy
          Northern District of Illinois
          219 South Dearborn Street
          Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 AM on 10/31/2012 in Courtroom 744,

          United States Courthouse
          219 South Dearborn Street
          Chicago, Illinois 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/02/2012                 By: N. Neville Reid
                                            Trustee


*N. Neville Reid*
*200 W. MADISON, SUITE 3000*
*CHICAGO, IL 60606*

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:  §
        §
BRIGGS, WILLIAM ALBERT  §   Case No. 11-37345
BRIGGS, CHARLENE ALLISON  §
        §
    Debtor(s)  §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 13,300.27 |
| and approved disbursements of | $ | 0.00 |
| leaving a balance on hand of[1] | $ | 13,300.27 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: N. Neville Reid | $ 2,080.03 | $ 0.00 | $ 2,080.03 |
| Attorney for Trustee Fees: Thomas E. Springer | $ 4,454.50 | $ 0.00 | $ 4,454.50 |
| Total to be paid for chapter 7 administrative expenses | | $ | 6,534.53 |
| Remaining Balance | | $ | 6,765.74 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 62,420.66 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 10.8 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | Discover Bank | $ 7,505.99 | $ 0.00 | $ 813.57 |
| 000002 | Citibank, N.A. | $ 10,306.28 | $ 0.00 | $ 1,117.09 |
| 000003 | Capital One Bank (USA), N.A. | $ 5,900.69 | $ 0.00 | $ 639.57 |
| 000004 | Capital One Bank (USA), N.A. | $ 7,109.51 | $ 0.00 | $ 770.60 |
| 000005 | Capital One Bank (USA), N.A. | $ 11,238.56 | $ 0.00 | $ 1,218.14 |
| 000006 | FIA Card Services, N.A. | $ 6,750.08 | $ 0.00 | $ 731.64 |
| 000007 | FIA Card Services, N.A. | $ 6,372.58 | $ 0.00 | $ 690.72 |
| 000008 | FIA Card Services, N.A. | $ 578.83 | $ 0.00 | $ 62.74 |
| 000009 | US BANK N.A. | $ 5,779.18 | $ 0.00 | $ 626.40 |
| 000010 | American Express Centurion Bank | $ 806.66 | $ 0.00 | $ 87.43 |
| 000011 | American Express Centurion Bank | $ 72.30 | $ 0.00 | $ 7.84 |

| | | |
|---|---|---:|
| Total to be paid to timely general unsecured creditors | $ | 6,765.74 |
| Remaining Balance | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/N. Neville Reid
Trustee

N. Neville Reid
*200 W. MADISON, SUITE 3000*
*CHICAGO, IL 60606*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re: Case No. 11-37345-ERW
William Albert Briggs Chapter 7
Charlene Allison Briggs
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0752-1     User: csimmons     Page 1 of 3     Date Rcvd: Oct 03, 2012
    Form ID: pdf006     Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 05, 2012.
```
db/jdb     +William Albert Briggs,    Charlene Allison Briggs,    112 Washington Place #18H,
             Pittsburgh, PA 15219-3411
17792547    Amazon,    Cardmember Service,    P.O. Box 15153,    Wilmington, DE 19886-5153
18128856    American Express Centurion Bank,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
17792548    BAC Home Loan,    P.O. Box 650070,    Dallas, TX 75265-0070
17792549   +BAC Home Loans Servicing,    450 American St,    Simi Valley, CA 93065-6285
17792551    Bank of America,    P.O. Box 851001,    Dallas, TX 75285-1001
17792553   +Briggs Real Estate Partnership, LLC,    Attention: John Briggs,    583 Brookside Road,
             Barrington, IL 60010-2005
17792554    Capital One Bank (USA) N.A.,    Bankruptcy Claims,    P.O. Box 85167,    Richmond, VA 23285-5167
18627459    Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC  28272-1083
17792559    Capital One Bank (USA), N.A.,    P.O. Box 6492,    Carol Stream, IL 60197-6492
17792564   +Chase Bank USA, N.A.,    P.O. Box 15298,    Wilmington, DE 19850-5298
17792570   +Chase Bank USA, N.A.,    131 S Dearborn St, Floor 5,    Mail Code IL1-0169 (Legal Dept.),
             Chicago, IL 60603-5571
17792577    Citi Cards,    P.O. Box 688901,    Des Moines, IA 50368-8901
17792576   +Citi Cards,    P.O. Box 6241,    Sioux Falls, SD 57117-6241
17792578    Citibank,    Attention: Customer Service,    P.O. Box 6500,    Sioux Falls, SD 57117-6500
17792580   +Creditors Discount & Audit Co.,    415 E. Main St.,    P.O. Box 213,    Streator, IL 61364-0213
18681686    FIA Card Services, N.A.,    Bank of America, N.A. (USA),    MBNA America Bank, N.A.,
             P.O. Box 15102,    Wilmington, DE 19886-5102
17792585   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
             (address filed with court:  U.S. Bank,    4325 17th Ave. S.,    Fargo, ND 58125)
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
18609370     E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 04 2012 01:10:00     Citibank, N.A.,
              c/o American InfoSource LP,    PO Box 248840,    Oklahoma City, OK  73124-8840
17792582     E-mail/PDF: mrdiscen@discoverfinancial.com Oct 04 2012 01:11:32     Discover Card,
              P.O. Box 30943,    Salt Lake City, UT 84130
18582689     E-mail/PDF: mrdiscen@discoverfinancial.com Oct 04 2012 01:11:32     Discover Bank,
              DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
17792583     E-mail/PDF: mrdiscen@discoverfinancial.com Oct 04 2012 01:11:32     Discover Card,
              P.O. Box 6103,    Carol Stream, IL 60197-6103
                                                                                               TOTAL: 4
```

       ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
18834084*     American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
18834085*     American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
17792552*     Bank of America,    PO Box 851001,    Dallas, TX 75285-1001
17792555*     Capital One Bank (USA) N.A.,    Bankruptcy Claims,    P.O. Box 85167,    Richmond, VA 23285-5167
17792556*     Capital One Bank (USA) N.A.,    Bankruptcy Claims,    P.O. Box 85167,    Richmond, VA 23285-5167
17792557*     Capital One Bank (USA) N.A.,    Bankruptcy Claims,    P.O. Box 85167,    Richmond, VA 23285-5167
17792558*     Capital One Bank (USA) N.A.,    Bankruptcy Claims,    P.O. Box 85167,    Richmond, VA 23285-5167
17792560*     Capital One Bank (USA), N.A.,    P.O. Box 6492,    Carol Stream, IL 60197-6492
17792561*     Capital One Bank (USA), N.A.,    P.O. Box 6492,    Carol Stream, IL 60197-6492
17792562*     Capital One Bank (USA), N.A.,    P.O. Box 6492,    Carol Stream, IL 60197-6492
17792563*     Capital One Bank (USA), N.A.,    P.O. Box 6492,    Carol Stream, IL 60197-6492
17792571*    +Chase Bank USA, N.A.,    131 S Dearborn St, Floor 5,    Mail Code IL1-0169 (Legal Dept.),
               Chicago, IL 60603-5571
17792572*    +Chase Bank USA, N.A.,    131 S Dearborn St, Floor 5,    Mail Code IL1-0169 (Legal Dept.),
               Chicago, IL 60603-5571
17792573*    +Chase Bank USA, N.A.,    131 S Dearborn St, Floor 5,    Mail Code IL1-0169 (Legal Dept.),
               Chicago, IL 60603-5571
17792574*    +Chase Bank USA, N.A.,    131 S Dearborn St, Floor 5,    Mail Code IL1-0169 (Legal Dept.),
               Chicago, IL 60603-5571
17792575*    +Chase Bank USA, N.A.,    131 S Dearborn St, Floor 5,    Mail Code IL1-0169 (Legal Dept.),
               Chicago, IL 60603-5571
17792565*    +Chase Bank USA, N.A.,    P.O. Box 15298,    Wilmington, DE 19850-5298
17792566*    +Chase Bank USA, N.A.,    P.O. Box 15298,    Wilmington, DE 19850-5298
17792567*    +Chase Bank USA, N.A.,    P.O. Box 15298,    Wilmington, DE 19850-5298
17792568*    +Chase Bank USA, N.A.,    P.O. Box 15298,    Wilmington, DE 19850-5298
17792569*    +Chase Bank USA, N.A.,    P.O. Box 15298,    Wilmington, DE 19850-5298
17792579*     Citibank,    Attention: Customer Service,    P.O. Box 6500,    Sioux Falls, SD 57117-6500
17792581*    +Creditors Discount & Audit Co.,    415 E. Main St.,    P.O. Box 213,    Streator, IL 61364-0213
17792584*   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court:  U.S. Bank,    P.O. Box 6335,    Fargo, ND 58125-6335)
18828823*   ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court:  US BANK N.A.,    BANKRUPTCY DEPARTMENT,    P.O. BOX 5229,
               CINCINNATI, OH 45201-5229)
```

```
District/off: 0752-1          User: csimmons           Page 2 of 3            Date Rcvd: Oct 03, 2012
                              Form ID: pdf006          Total Noticed: 22

17792550    ##+Bank of America,   P.O. Box 1598,   Norfolk, VA 23501-1598
                                                                                TOTALS: 0, * 25, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 05, 2012**                    **Signature:**    _Joseph Speetjens_

```
District/off: 0752-1          User: csimmons              Page 3 of 3          Date Rcvd: Oct 03, 2012
                              Form ID: pdf006             Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2012 at the address(es) listed below:

         Lawrence W Lobb   on behalf of Debtor William Briggs lwl@batavialaw.com
         N. Neville Reid    nreid@fslc.com, nreid@ecf.epiqsystems.com
         Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
         Thomas E Springer   on behalf of Trustee N. Reid tspringer@springerbrown.com, jkrafcisin@springerbrown.com

         TOTAL: 4