UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 7 |
| | ) | |
| BRIGGS, WILLIAM ALBERT | ) | Case No. 11-37345-ERW |
| BRIGGS, CHARLENE ALLISON | ) | |
| | ) | Hon. EUGENE R. WEDOFF |

**TRUSTEE'S APPLICATION FOR**
**COMPENSATION AND EXPENSES**

TO:   THE HONORABLE EUGENE R. WEDOFF

NOW COMES N. Neville Reid, Trustee herein, pursuant to 11 U.S.C. §330, and requests $2,080.03 as compensation and $0.00 for reimbursement of expenses, $0.00 amount of which has previously been paid.

I. COMPUTATION OF COMPENSATION

Total disbursements to parties in interest, excluding the Debtor, but including holders of secured claims are $13,300.27. Pursuant to 11 U.S.C. §326, compensation should be computed as follows:

| | | |
|---|---|---|
| 25% of the First $5,000.00 | $1,250.00 | ($1,250.00 max.) |
| 10% of next $45,000.00 | $830.03 | ($4,500.00 max.) |
| 05% of next $950,000.00 | $0.00 | ($47,500.00 max.) |
| 03% of balance | $0.00 | |
| | | |
| TOTAL COMPENSATION | $2,080.03 | |

**EXHIBIT E**

## II. TRUSTEE'S EXPENSES

TOTAL EXPENSES                                     $0.00

     The undersigned certifies under penalty of perjury that no agreement or understanding exists between the undersigned and any other person for sharing of compensation prohibited by the Bankruptcy Code. No payments have previously been made or promised in any capacity in connection with the above case.

Executed this 12th day of November, 2012.

/s/ N. Neville Reid
SIGNATURE

200 W. MADISON, SUITE 3000
CHICAGO, IL  60606
ADDRESS