UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 7 |
| | ) | Case No. 11-37345-ERW |
| WILLIAM ALBERT BRIGGS and | ) | |
| CHARLENE ALLISON BRIGGS | ) | Hon. Eugene R. Wedoff |
| | ) | |
| Debtors. | ) | **Hearing Date: November 20, 2012** |
| | ) | **Hearing Time: 9:30 a.m.** |

### MOTION TO SHORTEN NOTICE OF FINAL APPLICATION FOR ALLOWANCE OF COMPENSATION OF N. NEVILLE REID, CHAPTER 7 TRUSTEE

N. Neville Reid, not individually, but solely in his capacity as chapter 7 trustee (the "Trustee") for the bankruptcy estate (the "Estate") of William Albert Briggs and Charlene Allison Briggs (the "Debtors"), moves (the "Motion") this Court for entry of an order, shortening notice of the Final Application for Allowance of Compensation of N. Neville Reid, Chapter 7 Trustee (the "Application"). In support of the Motion, the Trustee represents and states as follows:

1. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper in this district pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A).

2. The bases for the relief requested herein are Section 105(a) of Title 11 of the United States Code (the "Bankruptcy Code"), and Rules 2002, 9006(c), and 9007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

3. On September 14, 2011 (the "Petition Date"), the Debtors filed a voluntary petition for relief under Chapter 7 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Illinois (the "Court"). Shortly thereafter, the United States Trustee for the Northern District of Illinois appointed N. Neville Reid as chapter 7 trustee.

4. On October 2, 2012, the Trustee filed his Final Report (the "TFR") with the Court. [Dkt. 34.]  The Trustee's Application was included with the TFR.

5. On October 31, 2012, the Court approved the TFR and entered an order awarding compensation for the Trustee's counsel, Springer, Brown, Covey, Gaertner & Davis, LLC. [Dkt. 39.]  Prior to the October 31, 2012, no parties objected to any portion of the TFR.

6. The Court did not enter an order granting the Application.

7. The Trustee is filing the Application concurrently with this Motion.

8. Pursuant to Bankruptcy Rule 2002, notice of this Motion and notice of the Application has been provided to: (a) the Office of the United States Trustee; (b) the Debtors; (c) counsel to the Debtors; (d) all creditors; (e) all parties set up to receive notice through the Court's ECF filing system; and (f) all other persons who have requested notice pursuant to Bankruptcy Rule 2002.

9. The Trustee requests that the Court shorten twenty-one days' notice required by Bankruptcy Rule 2002, and hear this Motion on November 20, 2012.  This Court has authority to shorten notice for cause pursuant to Bankruptcy Rule 9006(c).  In the instant matter, the Application was filed with the TFR on October 2, 2012, and notice was served upon all of the parties listed in Paragraph 8.  No parties objected any portion of the TFR. Given these circumstances, the Trustee submits that good cause exists to shorten the notice period and that no party will be prejudiced.

[REMAINDER OF PAGE INTENTIONALLY BLANK]

WHEREFORE, the Trustee respectfully requests that the court enter an Order, substantially in the form attached hereto, granting this Motion and any such other and further relief as is just and proper.

Dated: November 13, 2012                    Respectfully submitted,

**N. NEVILLE REID, not individually, but solely in his capacity as the Chapter 7 Trustee for the Bankruptcy Estate of William Albert Briggs and Charlene Allison Briggs**

By: */s/ N. Neville Reid*
    N. Neville Reid

N. Neville Reid (ARDC #6195837)
Elizabeth Peterson (ARDC #6294546)
**FOX, SWIBEL, LEVIN & CARROLL, LLP**
200 West Madison Street, Suite 3000
Chicago, IL  60606
Ph:  312.224.1200
Fx:  312.224.1201