# UNITED STATES BANKRUPTCY COURT
## NORTHERN **DISTRICT OF** ILLINOIS
### EASTERN **DIVISION**

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| BRIGGS, WILLIAM ALBERT | § | Case No. 11-37345 |
| BRIGGS, CHARLENE ALLISON | § | |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

N. Neville Reid, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: 97,350.00<br>*(Without deducting any secured claims)* | Assets Exempt: 18,600.00 |
| Total Distributions to Claimants: 6,765.74 | Claims Discharged<br>Without Payment: 181,414.23 |
| Total Expenses of Administration: 6,534.53 | |

3) Total gross receipts of $ 13,300.27 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $ 13,300.27 from the liquidation of the property of the estate, which was distributed as follows:

| | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ NA | $ NA | $ NA | $ NA |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 6,534.53 | 6,534.53 | 6,534.53 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | NA | NA | NA |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 125,759.31 | 62,420.66 | 62,420.66 | 6,765.74 |
| **TOTAL DISBURSEMENTS** | $ 125,759.31 | $ 68,955.19 | $ 68,955.19 | $ 13,300.27 |

4)  This case was originally filed under chapter 7 on  09/14/2011 .  The case was pending for 17 months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated:  01/22/2013                         By:/s/N. Neville Reid
                                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Stock | 1121-000 | 13,300.00 |
| Post-Petition Interest Deposits | 1270-000 | 0.27 |
| TOTAL GROSS RECEIPTS | | $13,300.27 |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES | | | $ 0.00 |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL SECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N. NEVILLE REID AS TRUSTEE | 2100-000 | NA | 2,080.03 | 2,080.03 | 2,080.03 |
| THOMAS E. SPRINGER | 3110-000 | NA | 4,454.50 | 4,454.50 | 4,454.50 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 6,534.53 | $ 6,534.53 | $ 6,534.53 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | NA | NA | NA | NA | NA |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Amazon Cardmember Service P.O. Box 15153 Wilmington, DE 19886-5153 | | 4,286.19 | NA | NA | 0.00 |
| | Bank of America P.O. Box 1598 Norfolk, VA 23501 | | 6,420.00 | NA | NA | 0.00 |
| | Bank of America P.O. Box 851001 Dallas, TX 75285-1001 | | 495.00 | NA | NA | 0.00 |
| | Bank of America PO Box 851001 Dallas, TX 75285-1001 | | 6,184.00 | NA | NA | 0.00 |
| | Capital One Bank (USA) N.A. Bankruptcy Claims P.O. Box 85167 Richmond, VA 23285-5167 | | 10,821.00 | NA | NA | 0.00 |
| | Capital One Bank (USA) N.A. Bankruptcy Claims P.O. Box 85167 Richmond, VA 23285-5167 | | 6,490.00 | NA | NA | 0.00 |
| | Capital One Bank (USA) N.A. Bankruptcy Claims P.O. Box 85167 Richmond, VA 23285-5167 | | 5,658.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One Bank (USA) N.A. Bankruptcy Claims P.O. Box 85167 Richmond, VA 23285-5167 | | 6,291.97 | NA | NA | 0.00 |
| | Capital One Bank (USA) N.A. Bankruptcy Claims P.O. Box 85167 Richmond, VA 23285-5167 | | 10,425.64 | NA | NA | 0.00 |
| | Chase Bank USA, N.A. P.O. Box 15298 Wilmington, DE 19850 | | 4,418.00 | NA | NA | 0.00 |
| | Chase Bank USA, N.A. P.O. Box 15298 Wilmington, DE 19850 | | 3,781.00 | NA | NA | 0.00 |
| | Chase Bank USA, N.A. P.O. Box 15298 Wilmington, DE 19850 | | 2,634.07 | NA | NA | 0.00 |
| | Chase Bank USA, N.A. P.O. Box 15298 Wilmington, DE 19850 | | 8,063.93 | NA | NA | 0.00 |
| | Chase Bank USA, N.A. P.O. Box 15298 Wilmington, DE 19850 | | 4,640.51 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Bank USA, N.A. P.O. Box 15298 Wilmington, DE 19850 | | 1,428.30 | NA | NA | 0.00 |
| | Citi Cards P.O. Box 6241 Sioux Falls, SD 57117 | | 19,289.03 | NA | NA | 0.00 |
| | Citi Cards P.O. Box 688901 Des Moines, IA 50368-8901 | | 10,105.00 | NA | NA | 0.00 |
| | Creditors Discount & Audit Co. 415 E. Main St. P.O. Box 213 Streator, IL 61364 | | 1,250.00 | NA | NA | 0.00 |
| | Creditors Discount & Audit Co. 415 E. Main St. P.O. Box 213 Streator, IL 61364 | | 550.00 | NA | NA | 0.00 |
| | Discover Card P.O. Box 30943 Salt Lake City, UT 84130 | | 7,026.67 | NA | NA | 0.00 |
| | U.S. Bank P.O. Box 6335 Fargo, ND 58125-6335 | | 5,501.00 | NA | NA | 0.00 |
| 000010 | AMERICAN EXPRESS CENTURION BANK | 7100-000 | NA | 806.66 | 806.66 | 87.43 |
| 000011 | AMERICAN EXPRESS CENTURION BANK | 7100-000 | NA | 72.30 | 72.30 | 7.84 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | NA | 5,900.69 | 5,900.69 | 639.57 |
| 000004 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | NA | 7,109.51 | 7,109.51 | 770.60 |
| 000005 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | NA | 11,238.56 | 11,238.56 | 1,218.14 |
| 000002 | CITIBANK, N.A. | 7100-000 | NA | 10,306.28 | 10,306.28 | 1,117.09 |
| 000001 | DISCOVER BANK | 7100-000 | NA | 7,505.99 | 7,505.99 | 813.57 |
| 000006 | FIA CARD SERVICES, N.A. | 7100-000 | NA | 6,750.08 | 6,750.08 | 731.64 |
| 000007 | FIA CARD SERVICES, N.A. | 7100-000 | NA | 6,372.58 | 6,372.58 | 690.72 |
| 000008 | FIA CARD SERVICES, N.A. | 7100-000 | NA | 578.83 | 578.83 | 62.74 |
| 000009 | US BANK N.A. | 7100-000 | NA | 5,779.18 | 5,779.18 | 626.40 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 125,759.31 | $ 62,420.66 | $ 62,420.66 | $ 6,765.74 |

Page: 1
Exhibit 8

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Case No.: 11-37345   ERW   Judge: EUGENE R. WEDOFF
Case Name: BRIGGS, WILLIAM ALBERT
BRIGGS, CHARLENE ALLISON
For Period Ending: 01/22/13

Trustee Name: N Neville Reid
Date Filed (f) or Converted (c): 09/14/11 (f)
341(a) Meeting Date: 10/12/11
Claims Bar Date: 05/31/12

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 |
|---|---|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets | Lien Amount | Exempt Amount |
| 1. Residential rental property Location: 1500 S. 9th | 73,400.00 | 0.00 | | 0.00 | FA | 138,940.00 | 0.00 |
| 2. Financial Accounts | 6,000.00 | 0.00 | | 0.00 | FA | 0.00 | 6,000.00 |
| 3. Household Goods | 1,200.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 4. Household Goods | 510.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 5. Household Goods | 260.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 6. Household Goods | 145.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 7. Household Goods | 250.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 8. Books / Collectibles | 940.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 9. Books / Collectibles | 45.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| 10. Wearing Apparel | 600.00 | 0.00 | | 0.00 | FA | 0.00 | 600.00 |
| 11. Pension / Profit Sharing | 9,000.00 | 0.00 | | 0.00 | FA | 0.00 | 9,000.00 |
| 12. Pension / Profit Sharing | 1,000.00 | 0.00 | | 0.00 | FA | 0.00 | 1,000.00 |
| 13. Stock | 15,300.00 | 0.00 | | 13,300.00 | FA | 0.00 | 2,000.00 |
| 14. Contingent Claims | 4,000.00 | 0.00 | | 0.00 | FA | 0.00 | 0.00 |
| INT Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.27 | Unknown | 0.00 | 0.00 |
| TOTALS (Excluding Unknown Values) | $112,650.00 | $0.00 | | $13,300.27 | | $138,940.00 | $18,600.00 |

Gross Value of Remaining Assets
$0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

8-13-12 - Sent TFR to Tom Thornton

8-2-12 Springer to do a Fee Application.

6-29-12 Springer - Are we ready to do TFR?

Ver. 17.01

Page:    2

## Exhibit 8

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

| | |
|---|---|
| Case No: | 11-37345    ERW    Judge: EUGENE R. WEDOFF |
| Case Name: | BRIGGS, WILLIAM ALBERT |
| | BRIGGS, CHARLENE ALLISON |

| | |
|---|---|
| Trustee Name: | N. Neville Reid |
| Date Filed (f) or Converted (c): | 09/14/11 (f) |
| 341(a) Meeting Date: | 10/12/11 |
| Claims Bar Date: | 05/31/12 |

May 15, 2012 : Springer - This is up tomorrow on our motion for turnover. I just spoke with Debtor's attorney and we confirmed the numbers and that funds still there. There was $15,300 funds on deposit when case was filed. Debtors claimed valid $2k wildcard exemption toward funds. Accordingly, Debtor counsel instructed and has CONFIRMED that debtor is cutting check for remainder $13,300 payable to you as trustee. Notwithstanding I will ask the court to enter the order tomorrow so we have it.

March 7, 2012: Springer investigating.
Checking account $10,000 at PNC Bank
Mutual account $17,000 in Baltimore at TRowe Price
Continued to Dec 14th at noon re documents for accounts

Janaury 17 continued: source of the $10k was wife's savings account; $15,000 is current balance in the Baltimore account, source of that money is savings; has been there 25 years, money saved over the years, was there ever since we got married;

Debtor counsel, Lawrence Lobb, ph 630 631 7602, lwl@lobblegalgroup.com, will make a proposal for buy back of the cash deposits, by January 24 will get proposal,

RE PROP# 2—Checking Account: PNC Bank
RE PROP# 3—Misc. Household Furniture
RE PROP# 4—Misc. Household Appliances
RE PROP# 5—Misc. Household Goods
RE PROP# 6—Misc. Audio-Video items
RE PROP# 7—Computer and Misc. Office Items
RE PROP# 8—Misc. Decorations and Collectibles
RE PROP# 9—Misc. Books & Music
RE PROP# 10—Misc. Wearing Apparel
RE PROP# 11—IRA (Charles Schwab (Chicago, IL))
RE PROP# 12—Financial Account: IRMCO 401K Location: IRMCO, Evanston, IL
RE PROP# 13—Financial Account: T Rowe Price Mutual Funds (Baltimore, MD)
RE PROP# 14—Tax Refund Est

Initial Projected Date of Final Report (TFR): 12/30/14          Current Projected Date of Final Report (TFR): 12/31/14

LFORMIEX

UST Form 101-7-TDR (5/1/2011) (Page: 10)

Ver: 17.01

Page:   3
Exhibit 8

Ver: 17.01

FORM 1
INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
ASSET CASES

Case No:        11-37345      ERW    Judge: EUGENE R. WEDOFF
Case Name:    BRIGGS, WILLIAM ALBERT
              BRIGGS, CHARLENE ALLISON

Trustee Name:                            N. Neville Reid
Date Filed (f) or Converted (c):         09/14/11 (f)
341(a) Meeting Date:                     10/12/11
Claims Bar Date:                         05/31/12

LFORM1EX
UST Form 101-7-TDR (5/1/2011) (Page: 11)

Page: 1
Exhibit 9

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No:            11-37345 -ERW
Case Name:       BRIGGS, WILLIAM ALBERT
                        BRIGGS, CHARLENE ALLISON
Taxpayer ID No.:   ******3593
For Period Ending:  01/22/13

Trustee Name:        N. Neville Reid
Bank Name:           ASSOCIATED BANK
Account Number / CD #:   ******3513 Checking Account

Blanket Bond (per case limit):   $ 5,000,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 13,300.27 | | 13,300.27 |
| 11/09/12 | 300001 | Thomas E. Springer<br>Springer, Brown, Covey, Gaertner & Davis<br>Wheaton Executive Center<br>400 S. County FFarm Road, Suite 330<br>Wheaton, IL 60187 | Claim 12, Payment 100.00000%<br>Allowance of Fees and Expenses | 3110-000 | | 4,454.50 | 8,845.77 |
| 11/09/12 | 300002 | Discover Bank<br>DB Servicing Corporation<br>PO Box 3025<br>New Albany, OH 43054-3025 | Claim 000001, Payment 10.83894% | 7100-000 | | 813.57 | 8,032.20 |
| 11/09/12 | 300003 | Citibank, N.A.<br>c/o American InfoSource LP<br>PO Box 248840<br>Oklahoma City, OK 73124-8840 | Claim 000002, Payment 10.83893% | 7100-000 | | 1,117.09 | 6,915.11 |
| 11/09/12 | 300004 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 000003, Payment 10.83890% | 7100-000 | | 639.57 | 6,275.54 |
| 11/09/12 | 300005 | Capital One Bank (USA), N.A.<br>PO Box 71083<br>Charlotte, NC 28272-1083 | Claim 000004, Payment 10.83900% | 7100-000 | | 770.60 | 5,504.94 |
| 11/09/12 | 300006 | Capital One Bank (USA), N.A. | Claim 000005, Payment 10.83893% | 7100-000 | | 1,218.14 | 4,286.80 |
| | | | | Page Subtotals | 13,300.27 | 9,013.47 | |

LFORM24   UST Form 101-7-TDR (5/1/2011) (Page: 12)

Ver: 17.01

Page 2
Exhibit 9

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-37345 -ERW |
| Case Name: | BRIGGS, WILLIAM ALBERT |
| | BRIGGS, CHARLENE ALLISON |
| Taxpayer ID No.: | ******3593 |
| For Period Ending: | 01/22/13 |

| Trustee Name: | N. Neville Reid |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | ******3513  Checking Account |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | PO Box 71083 Charlotte, NC 28272-1083 | | | | | |
| 11/09/12 | 300007 | FIA Card Services, N.A. Bank of America, N.A. (USA) MBNA America Bank, N.A. P.O. Box 15102 Wilmington, DE 19886-5102 | Claim 000006, Payment 10.83898% | 7100-000 | | 731.64 | 3,555.16 |
| 11/09/12 | 300008 | FIA Card Services, N.A. Bank of America, N.A. (USA) MBNA America Bank, N.A. P.O. Box 15102 Wilmington, DE 19886-5102 | Claim 000007, Payment 10.83894% | 7100-000 | | 690.72 | 2,864.44 |
| 11/09/12 | 300009 | FIA Card Services, N.A. Bank of America, N.A. (USA) MBNA America Bank, N.A. P.O. Box 15102 Wilmington, DE 19886-5102 | Claim 000008, Payment 10.83911% | 7100-000 | | 62.74 | 2,801.70 |
| 11/09/12 | 300010 | US BANK N.A. BANKRUPTCY DEPARTMENT P.O. BOX 5229 CINCINNAT, OH 45201-5229 | Claim 000009, Payment 10.83891% | 7100-000 | | 626.40 | 2,175.30 |
| 11/09/12 | 300011 | American Express Centurion Bank c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Claim 000010, Payment 10.83852% | 7100-000 | | 87.43 | 2,087.87 |
| | | | Page Subtotals | | 0.00 | 2,198.93 | |

Page: 3
Exhibit 9

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-37345 -ERW | | Trustee Name: | N. Neville Reid | | |
| Case Name: | BRIGGS, WILLIAM ALBERT | | Bank Name: | ASSOCIATED BANK | | |
| | BRIGGS, CHARLENE ALLISON | | Account Number / CD #: | *******3513  Checking Account | | |
| Taxpayer ID No. | *******3593 | | | | | |
| For Period Ending | 01/22/13 | | Blanket Bond (per case limit): | $  5,000,000.00 | | |
| | | | Separate Bond (if applicable): | | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | | | | | 0.00 |
| 11/09/12 | 300012 | American Express Centurion Bank c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Claim 000011, Payment 10.84371% | 7100-000 | | 7.84 | 2,080.03 |
| 11/20/12 | 300013 | N Neville Reid as Trustee 200 West Madison Street Chicago, IL 60606 | Chapter 7 Compensation/Expense | 2100-000 | | 2,080.03 | 0.00 |

|  | COLUMN TOTALS | 13,300.27 | 13,300.27 | |
| | Less:  Bank Transfers/CDs | 13,300.27 | 0.00 | |
| | Subtotal | 0.00 | 13,300.27 | |
| | Less:   Payments to Debtors | 0.00 | 0.00 | |
| | Net | 0.00 | 13,300.27 | |

| | Page Subtotals | 0.00 | 2,087.87 | |

LFORM24   UST Form 101-7-TDR (5/1/2011) (Page: 14)

Ver. 17.01

Page: 4
Exhibit 9

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-37345 -ERW |
| Case Name: | BRIGGS, WILLIAM ALBERT |
| | BRIGGS, CHARLENE ALLISON |
| Taxpayer ID No. | *******3593 |
| For Period Ending: | 01/22/13 |

| Trustee Name: | N Neville Reid |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******3651 Money Market Account (Interest Earn |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/12/12 | 13 | William A. Briggs Charlene Allison Briggs 112 Washington Place Pittsburgh, PA 15219 | Turnover of estate assets Turnover of estate's interest in T. Rowe Price bank account | 1121-000 | 13,300.00 | | 13,300.00 |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.04 | | 13,300.04 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate 0.010 | 1270-000 | 0.12 | | 13,300.16 |
| 08/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.11 | | 13,300.27 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 13,300.27 | 0.00 |

| | | | | |
|---|---|---|---|---|
| COLUMN TOTALS | | 13,300.27 | 13,300.27 | |
| Less: Bank Transfers/CD's | | 0.00 | 13,300.27 | |
| Subtotal | | 13,300.27 | 0.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 13,300.27 | 0.00 | |

Page Subtotals          13,300.27          13,300.27

UST Form 101-7-TDR (5/1/2011) (Page: 15)

Ver: 17.01

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 5

Exhibit 9

| Case No: | 11-37345 -ERW |
|---|---|
| Case Name: | BRIGGS, WILLIAM ALBERT |
| | BRIGGS, CHARLENE ALLISON |
| Taxpayer ID No.: | *******3593 |
| For Period Ending: | 01/22/13 |

| Trustee Name: | N. Neville Reid |
|---|---|
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******3693  BofA - Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| | | | COLUMN TOTALS | | 0.00 | 0.00 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | 0.00 | 0.00 | |
| | | | Net | | 0.00 | 0.00 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - *******3513 | 0.00 | 0.00 | 0.00 |
| Money Market Account (Interest Earn - *******3651 | 13,300.27 | 13,300.27 | 0.00 |
| BofA - Checking Account - *******3693 | 0.00 | 0.00 | 0.00 |
| | 13,300.27 | 13,300.27 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals                0.00          0.00

Ver. 17.01


























N. Neville Reid
200 West Madison Street
Chicago, IL 60606

Claim 000008, Payment 10.83911%

FIA AS

CHECK NUMBER 300009

DATE 11/09/12 AMOUNT $***********62.74

US48

CASE NUMBER 11-37345 ERW ESTATE OF Debtor: BRIGGS, WILLIAM ALBERT Joint Debtor: BRIGGS, CHARLENE ALLISON

PAY TO THE ORDER OF

Sixty Two Dollars And 74/100

FIA Card Services, N.A.
Bank of America, N.A. (USA)
MBNA America Bank, N.A.
P.O. Box 15102
Wilmington, DE 19886-5102

THIS CHECK VOID AFTER 90 DAYS

⑈300009⑈ ⑆075900575⑆ 2223273513⑈

0006 270032 11262012 33 158
132 NBKOL9I 2 270032
FOR DEPOSIT ONLY TC FIA CARD SERVICES NA
>031100160< NBKOL9I

N. Neville Reid
200 West Madison Street
Chicago, IL 60606

Claim 000009, Payment 10.83891%

CHECK NUMBER 300010

NOV 16 2012

DATE 11/09/12 AMOUNT $**********626.40

CASE NUMBER 11-37345 ERW ESTATE OF Debtor: BRIGGS, WILLIAM ALBERT Joint Debtor: BRIGGS, CHARLENE ALLISON

PAY TO THE ORDER OF

Six Hundred Twenty Six Dollars And 40/100

US BANK N.A.
BANKRUPTCY DEPARTMENT
P.O. BOX 5229
CINCINNATI, OH 45201-5229

THIS CHECK VOID AFTER 90 DAYS

⑈300010⑈ ⑆075900575⑆ 2223273513⑈

ENDORSE HERE
US BANK
FOR DEPOSIT ONLY
CN-OH-L2BY
DO NOT WRITE, STAMP OR SIGN BELOW THIS LINE RESERVED FOR FINANCIAL INSTITUTION USE

N. Neville Reid
200 West Madison Street
Chicago, IL 60606

Claim 000010, Payment 10.83852%

CHECK NUMBER 300011

DATE 11/09/12 AMOUNT $***********87.43

CASE NUMBER 11-37345 ERW ESTATE OF Debtor: BRIGGS, WILLIAM ALBERT Joint Debtor: BRIGGS, CHARLENE ALLISON

PAY TO THE ORDER OF

Eighty Seven Dollars And 43/100

American Express Centurion Bank
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

PMS

THIS CHECK VOID AFTER 90 DAYS

⑈300011⑈ ⑆075900575⑆ 2223273513⑈

282912082192 154418 20121116 000000002223273513
TRN_DEBIT VBAIBOKI 8743
Paoli 0600 94004 2829 6 0060

FOR DEPOSIT ONLY
BECKET & LEE LLP
ATTORNEYS FOR PAYEE
TRUST ACCOUNT
11/16/2012

N. Neville Reid
200 West Madison Street
Chicago, IL 60606

Claim 000011, Payment 10.84371%

CHECK NUMBER 300012

PMS

DATE 11/09/12 AMOUNT $************7.84

CASE NUMBER 11-37345 ERW ESTATE OF Debtor: BRIGGS, WILLIAM ALBERT Joint Debtor: BRIGGS, CHARLENE ALLISON

PAY TO THE ORDER OF

Seven Dollars And 84/100

American Express Centurion Bank
c o Becket and Lee LLP
POB 3001
Malvern, PA 19355-0701

THIS CHECK VOID AFTER 90 DAYS

⑈300012⑈ ⑆075900575⑆ 2223273513⑈

282912082191 154417 20121116 000000002223273513
TRN_DEBIT VBAIBOKI 000
Paoli 0600 94004 2829 6 0060

FOR DEPOSIT ONLY
BECKET & LEE LLP
ALL RIGHTS RESERVED
ATTORNEYS FOR PAYEE
TRUST ACCOUNT
11/16/2012

























N. Neville Reid
200 West Madison Street
Chicago, IL 60606

Chapter 7 Compensation/Expense

CHECK NUMBER
300013

11/20/12    $*******2,080.83

PAY TO THE ORDER OF

N. Neville Reid as Trustee
200 West Madison Street
Chicago, IL 60606

ESTATE OF
11-37343   EBW    Debtor  BRIGGS, WILLIAM ALBERT
Joint Debtor  BRIGGS, CHARLENE ALLISON

Two Thousand Eighty Dollars And 83/100

THIS CHECK VOID AFTER 90 DAYS

⑈300013⑈ ⑉075900575⑈ 2223273513⑈