UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re:                                  §
                                        §
BRIGGS, WILLIAM ALBERT                  §     Case No. 11-37345
BRIGGS, CHARLENE ALLISON                §
                                        §
                                        §
        Debtor(s)                       §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

   N. Neville Reid, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

   3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $      (see **Exhibit 2**), yielded net receipts of $          from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | | | | |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | | | | |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | | | | |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | | | | |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter   on               . The case was pending for    months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____   By:/s/N. Neville Reid_____
                                                      Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N. NEVILLE REID AS TRUSTEE | | | | | |
| THOMAS E. SPRINGER | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

UST Form 101-7-TDR (5/1/2011) *(Page: 4)*

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Amazon Cardmember Service P.O. Box 15153 Wilmington, DE 19886-5153 | | | | | |
| | Bank of America P.O. Box 1598 Norfolk, VA 23501 | | | | | |
| | Bank of America P.O. Box 851001 Dallas, TX 75285-1001 | | | | | |
| | Bank of America PO Box 851001 Dallas, TX 75285-1001 | | | | | |
| | Capital One Bank (USA) N.A. Bankruptcy Claims P.O. Box 85167 Richmond, VA 23285-5167 | | | | | |
| | Capital One Bank (USA) N.A. Bankruptcy Claims P.O. Box 85167 Richmond, VA 23285-5167 | | | | | |
| | Capital One Bank (USA) N.A. Bankruptcy Claims P.O. Box 85167 Richmond, VA 23285-5167 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One Bank (USA) N.A. Bankruptcy Claims P.O. Box 85167 Richmond, VA 23285-5167 | | | | | |
| | Capital One Bank (USA) N.A. Bankruptcy Claims P.O. Box 85167 Richmond, VA 23285-5167 | | | | | |
| | Chase Bank USA, N.A. P.O. Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Bank USA, N.A. P.O. Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Bank USA, N.A. P.O. Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Bank USA, N.A. P.O. Box 15298 Wilmington, DE 19850 | | | | | |
| | Chase Bank USA, N.A. P.O. Box 15298 Wilmington, DE 19850 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Bank USA, N.A. P.O. Box 15298 Wilmington, DE 19850 | | | | | |
| | Citi Cards P.O. Box 6241 Sioux Falls, SD 57117 | | | | | |
| | Citi Cards P.O. Box 688901 Des Moines, IA 50368-8901 | | | | | |
| | Creditors Discount & Audit Co. 415 E. Main St. P.O. Box 213 Streator, IL 61364 | | | | | |
| | Creditors Discount & Audit Co. 415 E. Main St. P.O. Box 213 Streator, IL 61364 | | | | | |
| | Discover Card P.O. Box 30943 Salt Lake City, UT 84130 | | | | | |
| | U.S. Bank P.O. Box 6335 Fargo, ND 58125-6335 | | | | | |
| 000010 | AMERICAN EXPRESS CENTURION BANK | | | | | |
| 000011 | AMERICAN EXPRESS CENTURION BANK | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000004 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000005 | CAPITAL ONE BANK (USA), N.A. | | | | | |
| 000002 | CITIBANK, N.A. | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000006 | FIA CARD SERVICES, N.A. | | | | | |
| 000007 | FIA CARD SERVICES, N.A. | | | | | |
| 000008 | FIA CARD SERVICES, N.A. | | | | | |
| 000009 | US BANK N.A. | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| Case No: | 11-37345 | ERW | Judge: EUGENE R. WEDOFF | Trustee Name: | N. Neville Reid |
|---|---|---|---|---|---|
| Case Name: | BRIGGS, WILLIAM ALBERT | | | Date Filed (f) or Converted (c): | 09/14/11 (f) |
| | BRIGGS, CHARLENE ALLISON | | | 341(a) Meeting Date: | 10/12/11 |
| For Period Ending: | 03/31/13 | | | Claims Bar Date: | 05/31/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Residential rental property Location: 1500 S. 9th | 73,400.00 | 0.00 | | 0.00 | FA |
| 2. Financial Accounts | 6,000.00 | 0.00 | | 0.00 | FA |
| Checking Account: PNC Bank | | | | | |
| 3. Household Goods | 1,200.00 | 0.00 | | 0.00 | FA |
| Misc. Household Furniture | | | | | |
| 4. Household Goods | 510.00 | 0.00 | | 0.00 | FA |
| Misc. Household Appliances | | | | | |
| 5. Household Goods | 260.00 | 0.00 | | 0.00 | FA |
| Misc. Household Goods | | | | | |
| 6. Household Goods | 145.00 | 0.00 | | 0.00 | FA |
| Misc. Audio-Video items | | | | | |
| 7. Household Goods | 250.00 | 0.00 | | 0.00 | FA |
| Computer and Misc. Office Items | | | | | |
| 8. Books / Collectibles | 940.00 | 0.00 | | 0.00 | FA |
| Misc. Decorations and Collectibles | | | | | |
| 9. Books / Collectibles | 45.00 | 0.00 | | 0.00 | FA |
| Misc. Books & Music | | | | | |
| 10. Wearing Apparel | 600.00 | 0.00 | | 0.00 | FA |
| Misc. Wearing Apparel | | | | | |
| 11. Pension / Profit Sharing | 9,000.00 | 0.00 | | 0.00 | FA |
| IRA (Charles Schwab (Chicago, IL)) | | | | | |
| 12. Pension / Profit Sharing | 1,000.00 | 0.00 | | 0.00 | FA |
| Financial Account: IRMCO 401K Location: IRMCO, Evanston, IL | | | | | |
| 13. Stock | 15,300.00 | 0.00 | | 13,300.00 | FA |
| Financial Account: T Rowe Price Mutual Funds (Baltimore, MD) | | | | | |
| 14. Contingent Claims | 4,000.00 | 0.00 | | 0.00 | FA |

LFORM1

Ver: 17.01

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 11-37345 | ERW | Judge: EUGENE R. WEDOFF | Trustee Name: | N. Neville Reid |
|---|---|---|---|---|---|
| Case Name: | BRIGGS, WILLIAM ALBERT | | | Date Filed (f) or Converted (c): | 09/14/11 (f) |
| | BRIGGS, CHARLENE ALLISON | | | 341(a) Meeting Date: | 10/12/11 |
| | | | | Claims Bar Date: | 05/31/12 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| Tax Refund Est. INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.27 | Unknown |

| | | | | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $112,650.00 | $0.00 | | $13,300.27 | $0.00 |
| | | | | | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TDR filed 1-28-13; Final Decree 1-29-13.

Initial Projected Date of Final Report (TFR): 12/30/14    Current Projected Date of Final Report (TFR): 12/31/14

LFORM1

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

Ver: 17.01

FORM 2

Page: 1

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 11-37345 -ERW | Trustee Name: | N. Neville Reid |
|---|---|---|---|
| Case Name: | BRIGGS, WILLIAM ALBERT | Bank Name: | ASSOCIATED BANK |
| | BRIGGS, CHARLENE ALLISON | Account Number / CD #: | *******3513  Checking Account |
| Taxpayer ID No: | *******3593 | | |
| For Period Ending: | 03/31/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/30/12 | | Trsf In From BANK OF AMERICA, N.A. | INITIAL WIRE TRANSFER IN | 9999-000 | 13,300.27 | | 13,300.27 |
| 11/09/12 | 300001 | Thomas E. Springer | Claim 12, Payment 100.00000% | 3110-000 | | 4,454.50 | 8,845.77 |
| | | Springer, Brown, Covey, Gaertner & Davis | Allowance of Fees and Expenses | | | | |
| | | Wheaton Executive Center | | | | | |
| | | 400 S. County FFarm Road, Suite 330 | | | | | |
| | | Wheaton, IL  60187 | | | | | |
| 11/09/12 | 300002 | Discover Bank | Claim 000001, Payment 10.83894% | 7100-000 | | 813.57 | 8,032.20 |
| | | DB Servicing Corporation | | | | | |
| | | PO Box 3025 | | | | | |
| | | New Albany, OH 43054-3025 | | | | | |
| 11/09/12 | 300003 | Citibank, N.A. | Claim 000002, Payment 10.83893% | 7100-000 | | 1,117.09 | 6,915.11 |
| | | c/o American InfoSource LP | | | | | |
| | | PO Box 248840 | | | | | |
| | | Oklahoma City, OK 73124-8840 | | | | | |
| 11/09/12 | 300004 | Capital One Bank (USA), N.A. | Claim 000003, Payment 10.83890% | 7100-000 | | 639.57 | 6,275.54 |
| | | PO Box 71083 | | | | | |
| | | Charlotte, NC 28272-1083 | | | | | |
| 11/09/12 | 300005 | Capital One Bank (USA), N.A. | Claim 000004, Payment 10.83900% | 7100-000 | | 770.60 | 5,504.94 |
| | | PO Box 71083 | | | | | |
| | | Charlotte, NC 28272-1083 | | | | | |
| 11/09/12 | 300006 | Capital One Bank (USA), N.A. | Claim 000005, Payment 10.83893% | 7100-000 | | 1,218.14 | 4,286.80 |
| | | PO Box 71083 | | | | | |
| | | Charlotte, NC 28272-1083 | | | | | |
| 11/09/12 | 300007 | FIA Card Services, N.A. | Claim 000006, Payment 10.83898% | 7100-000 | | 731.64 | 3,555.16 |
| | | Bank of America, N.A. (USA) | | | | | |
| | | MBNA America Bank, N.A. | | | | | |
| | | P.O. Box 15102 | | | | | |
| | | Wilmington, DE 19886-5102 | | | | | |
| 11/09/12 | 300008 | FIA Card Services, N.A. | Claim 000007, Payment 10.83894% | 7100-000 | | 690.72 | 2,864.44 |

Page Subtotals  13,300.27   10,435.83

Ver: 17.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*

FORM 2

Page: 2

Exhibit 9

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 11-37345 -ERW | Trustee Name: | N. Neville Reid |
|---|---|---|---|
| Case Name: | BRIGGS, WILLIAM ALBERT | Bank Name: | ASSOCIATED BANK |
| | BRIGGS, CHARLENE ALLISON | Account Number / CD #: | *******3513 Checking Account |
| Taxpayer ID No: | *******3593 | | |
| For Period Ending: | 03/31/13 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/09/12 | 300009 | Bank of America, N.A. (USA) MBNA America Bank, N.A. P.O. Box 15102 Wilmington, DE 19886-5102 FIA Card Services, N.A. | Claim 000008, Payment 10.83911% | 7100-000 | | 62.74 | 2,801.70 |
| 11/09/12 | 300010 | Bank of America, N.A. (USA) MBNA America Bank, N.A. P.O. Box 15102 Wilmington, DE 19886-5102 | Claim 000009, Payment 10.83891% | 7100-000 | | 626.40 | 2,175.30 |
| | | US BANK N.A. BANKRUPTCY DEPARTMENT P.O. BOX 5229 CINCINNATI, OH 45201-5229 | | | | | |
| 11/09/12 | 300011 | American Express Centurion Bank c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Claim 000010, Payment 10.83852% | 7100-000 | | 87.43 | 2,087.87 |
| 11/09/12 | 300012 | American Express Centurion Bank c o Becket and Lee LLP POB 3001 Malvern, PA 19355-0701 | Claim 000011, Payment 10.84371% | 7100-000 | | 7.84 | 2,080.03 |
| 11/20/12 | 300013 | N. Neville Reid as Trustee 200 West Madison Street Chicago, IL 60606 | Chapter 7 Compensation/Expense | 2100-000 | | 2,080.03 | 0.00 |

Page Subtotals  0.00  2,864.44

Ver: 17.01

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 11-37345 -ERW |
| Case Name: | BRIGGS, WILLIAM ALBERT |
| | BRIGGS, CHARLENE ALLISON |
| Taxpayer ID No: | *******3593 |
| For Period Ending: | 03/31/13 |

| | |
|---|---|
| Trustee Name: | N. Neville Reid |
| Bank Name: | ASSOCIATED BANK |
| Account Number / CD #: | *******3513  Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 13,300.27 | 13,300.27 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 13,300.27 | 0.00 | |
| | | | Subtotal | | 0.00 | 13,300.27 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 0.00 | 13,300.27 | |

Page Subtotals    0.00    0.00

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

FORM 2

Page: 4

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: 11-37345 -ERW | Trustee Name: N. Neville Reid |
| Case Name: BRIGGS, WILLIAM ALBERT | Bank Name: BANK OF AMERICA, N.A. |
| BRIGGS, CHARLENE ALLISON | Account Number / CD #: *******3651  Money Market Account (Interest Earn |
| Taxpayer ID No: *******3593 | |
| For Period Ending: 03/31/13 | Blanket Bond (per case limit): $ 5,000,000.00 |
| | Separate Bond (if applicable): |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 06/12/12 | 13 | William A. Briggs | Turnover of estate assets | 1121-000 | 13,300.00 | | 13,300.00 |
| | | Charlene Allison Briggs | Turnover of estate's interest in T. Rowe Price bank | | | | |
| | | 112 Washington Place | account. | | | | |
| | | Pittsburgh, PA 15219 | | | | | |
| 06/29/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.04 | | 13,300.04 |
| 07/31/12 | INT | BANK OF AMERICA, N.A. | Interest Rate  0.010 | 1270-000 | 0.12 | | 13,300.16 |
| 08/30/12 | INT | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.11 | | 13,300.27 |
| 08/30/12 | | Trsf To ASSOCIATED BANK | FINAL TRANSFER | 9999-000 | | 13,300.27 | 0.00 |

|   |   |   |
|---|---|---|
| COLUMN TOTALS | 13,300.27 | 13,300.27 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 13,300.27 | |
| Subtotal | 13,300.27 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 13,300.27 | 0.00 | |

Page Subtotals  13,300.27  13,300.27

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 14)*

FORM 2

Page: 5

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |
|---|---|
| Case No: | 11-37345 -ERW |
| Case Name: | BRIGGS, WILLIAM ALBERT |
| | BRIGGS, CHARLENE ALLISON |
| Taxpayer ID No: | *******3593 |
| For Period Ending: | 03/31/13 |

| | |
|---|---|
| Trustee Name: | N. Neville Reid |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******3693  BofA - Checking Account |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | Uniform Tran. Code | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |

|  | | | |
|---|---|---|---|
| COLUMN TOTALS | 0.00 | 0.00 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 0.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 0.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Checking Account - ********3513 | 0.00 | 13,300.27 | 0.00 |
| Money Market Account (Interest Earn - ********3651 | 13,300.27 | 0.00 | 0.00 |
| BofA - Checking Account - ********3693 | 0.00 | 0.00 | 0.00 |
| | ---------------- | ---------------- | ---------------- |
| | 13,300.27 | 13,300.27 | 0.00 |
| | ========= | ========= | ========= |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals       0.00       0.00

Ver: 17.01

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 15)*